**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Loren C. Sims<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 16-22236 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006- HE4, Mortgage Pass-Through Certificates, Series 2006-HE4 and index same on the master mailing list.

               Respectfully submitted,

               **/s/ James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               jwarmbrodt@kmllawgroup.com
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               Phone: (215)-627-1322

               Attorney for Movant/Applicant