UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:                              §
                                    §
LOREN C. SIMS                       §    Case No. 16-22236-GLT
                                    §
            Debtor                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PAMELA J. WILSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 110,742.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,882.00 |
| Total Distributions to Claimants: 56,592.92 | Claims Discharged<br>Without Payment: 103,902.43 |
| Total Expenses of Administration: 18,407.08 | |

    3) Total gross receipts of $ 75,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 75,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 174,892.00 | $ 175,066.98 | $ 0.00 | $ 49,092.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,407.08 | 18,407.08 | 18,407.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23,140.00 | 16,724.44 | 8,362.22 | 7,500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,785.00 | 53,390.40 | 38,525.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 219,817.00 | $ 263,588.90 | $ 65,294.51 | $ 75,000.00 |

4) This case was originally filed under chapter 13 on 06/16/2016 , and it was converted to chapter 7 on 10/25/2016 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/16/2018            By:/s/PAMELA J. WILSON
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 615 CHARLES STREET, BUTLER, PA | 1110-000 | 75,000.00 |
| Liquidation of Real Property (Schedule A) | 1110-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Savings Bank, P.o. Box 1793 Warren, PA 16365 | | 57,706.00 | NA | NA | 0.00 |
| 10 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | 4110-000 | 117,186.00 | 117,367.92 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | NORTHWEST BANK | 4110-000 | NA | 57,699.06 | 0.00 | 49,092.92 |
| TOTAL SECURED CLAIMS | | | $ 174,892.00 | $ 175,066.98 | $ 0.00 | $ 49,092.92 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pamela J. Wilson | 2100-000 | NA | 7,193.00 | 7,193.00 | 7,193.00 |
| Butler County Tax Claim Bureau | 2500-000 | NA | 3,361.20 | 3,361.20 | 3,361.20 |
| Diane R. Marburger, Tax Collector | 2500-000 | NA | 205.66 | 205.66 | 205.66 |
| Everest Settlement | 2500-000 | NA | 750.00 | 750.00 | 750.00 |
| Everett Settlement | 2500-000 | NA | 424.50 | 424.50 | 424.50 |
| John L. Grenci, Treasurer | 2500-000 | NA | 215.72 | 215.72 | 215.72 |
| Pamela J. Wilson | 3110-000 | NA | 1,622.50 | 1,622.50 | 1,622.50 |
| Pamela J. Wilson | 3120-000 | NA | 134.50 | 134.50 | 134.50 |
| Howard Hanna | 3510-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Northwood Realty Services | 3510-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,407.08 | $ 18,407.08 | $ 18,407.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | 23,140.00 | 8,362.22 | 8,362.22 | 7,500.00 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 8,362.22 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 23,140.00 | $ 16,724.44 | $ 8,362.22 | $ 7,500.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card | | 517.00 | NA | NA | 0.00 |
| | Choice Care Physicians | | 30.00 | NA | NA | 0.00 |
| | Collection Service Ctr / Allegheny Clini | | 223.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Service Ctr / Wash Hosp. | | 595.00 | NA | NA | 0.00 |
| | Debt Collections / Advanced Ortho Rehab | | 28.00 | NA | NA | 0.00 |
| | Dsnb Macys | | 336.00 | NA | NA | 0.00 |
| | Key Bridge / Med Health Ser Mgmt | | 26.00 | NA | NA | 0.00 |
| | Quest Diagnostics | | 5.00 | NA | NA | 0.00 |
| | SW Gastroenterology | | 30.00 | NA | NA | 0.00 |
| | Syncb/amazon | | 89.00 | NA | NA | 0.00 |
| | Syncb/care Credit | | 2,096.00 | NA | NA | 0.00 |
| | Syncb/sams Club | | 1,051.00 | NA | NA | 0.00 |
| | Syncb/walmart | | 1,268.00 | NA | NA | 0.00 |
| | UPMC Presb Shadyside | | 40.00 | NA | NA | 0.00 |
| | Washington Hospital | | 265.00 | NA | NA | 0.00 |
| | Western PA Oralomaxillofacial Surgery | | 210.00 | NA | NA | 0.00 |
| 18 | Ashley Funding Services, Llc Its Successors And | 7100-000 | 130.00 | 129.00 | 129.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 844.00 | 844.53 | 844.53 | 0.00 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 989.00 | 1,042.55 | 1,042.55 | 0.00 |
| 13 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | NA | 336.27 | 336.27 | 0.00 |
| 14 | DEPARTMENT STORE NATIONAL BANK | 7100-000 | 224.00 | 224.64 | 224.64 | 0.00 |
| 15 | DIRECTV, LLC | 7100-000 | NA | 87.89 | 87.89 | 0.00 |
| 1 | Discover Bank | 7100-000 | 7,573.00 | 7,573.93 | 7,573.93 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 12,264.52 | 12,264.52 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 12,264.52 | 0.00 | 0.00 |
| 11 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 7100-000 | 2,005.00 | 2,005.61 | 2,005.61 | 0.00 |
| 7 | MIDLAND FUNDING LLC | 7100-000 | 1,051.00 | 1,051.89 | 1,051.89 | 0.00 |
| 8 | MIDLAND FUNDING LLC | 7100-000 | 684.00 | 2,096.71 | 2,096.71 | 0.00 |
| 9 | MIDLAND FUNDING LLC | 7100-000 | 684.00 | 684.97 | 684.97 | 0.00 |

Case 16-22236-GLT    Doc 98    Filed 02/15/18    Entered 02/15/18 12:39:05    Desc Main
Document      Page 8 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | PINNACLE CREDIT SERVICES, LLC ITS SUCCESSORS AND | 7100-000 | NA | 4,181.65 | 4,181.65 | 0.00 |
| 17 | PINNACLE CREDIT SERVICES, LLC ITS SUCCESSORS AND | 7100-000 | NA | 2,697.33 | 2,697.33 | 0.00 |
| 19 | Portfolio Recovery Associates, Llc | 7100-000 | 703.00 | 703.05 | 703.05 | 0.00 |
| 12 | Synchrony Bank | 7100-000 | 89.00 | 386.78 | 193.39 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 2,407.28 | 2,407.28 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 2,407.28 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 21,785.00 | $ 53,390.40 | $ 38,525.21 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-22236 | GLT | Judge: | Gregory L. Taddonio | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | LOREN C. SIMS | | | | Date Filed (f) or Converted (c): | 10/25/2016 (c) |
| | | | | | 341(a) Meeting Date: | 12/02/2016 |
| For Period Ending: | 01/16/2018 | | | | Claims Bar Date: | 03/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 207 IRWIN STREET, CLAYSVILLE, PA | 109,300.00 | 0.00 | | 0.00 | FA |
| 2. 615 CHARLES STREET, BUTLER, PA | 150,000.00 | 7,500.00 | | 75,000.00 | FA |
| 3. HOUSEHOLD GOODS | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6. PNC BANK ACCOUNT | 80.00 | 0.00 | | 0.00 | FA |
| 7. PSERS PENSION | 1,442.00 | 0.00 | | 0.00 | FA |
| 8. ANNUITY | 452.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $265,624.00    $7,500.00    $75,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Motion to Sell Real Property granted on 5/11/17 (Doc. 72). Trustee in process of preparing closing reports.

Initial Projected Date of Final Report (TFR): 06/30/2017    Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-22236 | Trustee Name: PAMELA J. WILSON |
| Case Name: LOREN C. SIMS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7236 |
| | Money Market |
| Taxpayer ID No: XX-XXX7125 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Everest Settlement | Court Approved Sale | 1110-000 | $8,950.00 | | $8,950.00 |
| 06/07/17 | | Everest Settlement | Court Approved Sale | 1110-000 | $7,500.00 | | $16,450.00 |
| 06/07/17 | | Everest Settlement | Court Approved Sale  Reversal deposit entered in error | 1110-000 | ($7,500.00) | | $8,950.00 |
| 06/07/17 | | Everest Settlement | Court Approved Sale  Reversal deposit entered in error | 1110-000 | ($8,950.00) | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-22236 | Trustee Name: PAMELA J. WILSON |
| Case Name: LOREN C. SIMS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7244 |
| | Checking |
| Taxpayer ID No: XX-XXX7125 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | | Everest Settlement | Court Approved Sale (Docket #72) | 1110-000 | $7,500.00 | | $7,500.00 |
| 06/07/17 | | Everest Settlement | Court Approved Sale (Docket #72) | | $8,950.00 | | $16,450.00 |
| | | | Gross Receipts    $75,000.00 | | | | |
| | | NORTHWEST BANK ATTN BANKRUPTCY SPECIALIST 100 LIBERTY STREET P.O. BOX 128 WARREN, PA 16365 | ($49,092.92) | 4110-000 | | | |
| | | Howard Hanna | Real Estate Commission    ($2,250.00) | 3510-000 | | | |
| | | Northwood Realty Services | Real Estate Commission    ($2,250.00) | 3510-000 | | | |
| | | Everett Settlement | DOCUMENT PREPARATION    ($225.00) | 2500-000 | | | |
| | | Everett Settlement | courier/Fedex Fees    ($27.50) | 2500-000 | | | |
| | | Everett Settlement | Reim-Tax Certificates/Lien Letters    ($172.00) | 2500-000 | | | |
| | | | State Tax/Stamps    ($750.00) | 2500-000 | | | |
| | | Diane R. Marburger, Tax Collector | 2017 County Tax    ($72.94) | 2500-000 | | | |
| | | Diane R. Marburger, Tax Collector | 2017 County Tax    ($132.72) | 2500-000 | | | |
| | | John L. Grenci, Treasurer | 2017 City Tax    ($114.18) | 2500-000 | | | |
| | | John L. Grenci, Treasurer | 2017 City Tax    ($101.54) | 2500-000 | | | |
| | | Butler County Tax Claim Bureau | 2016 Delinquent Tax    ($570.96) | 2500-000 | | | |
| | | Butler County Tax Claim Bureau | 2016 Delinquent Tax    ($2,790.24) | 2500-000 | | | |

Page Subtotals:    $16,450.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-22236 | Trustee Name: PAMELA J. WILSON | |
| Case Name: LOREN C. SIMS | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX7244 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7125 | Blanket Bond (per case limit): $13,793,048.00 | |
| For Period Ending: 01/16/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pamela Wilson, Trustee | 10% Payment to Bankruptcy Est. ($7,500.00) | 1110-000 | | | |
| | 2 | | 615 CHARLES STREET, BUTLER, PA $75,000.00 | 1110-000 | | | |
| 09/15/17 | 101 | Pamela J. Wilson 810 Vermont Avenue Pittsburgh, PA  15234 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,193.00 | $9,257.00 |
| 09/15/17 | 102 | Pamela J. Wilson 810 Vermont Avenue Pittsburgh, PA  15234 | Distribution | | | $1,757.00 | $7,500.00 |
| | | Pamela J. Wilson | Final distribution representing a payment of 100.00 % per court order. ($1,622.50) | 3110-000 | | | |
| | | Pamela J. Wilson | Final distribution representing a payment of 100.00 % per court order. ($134.50) | 3120-000 | | | |
| 09/15/17 | 103 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA  19101-7317 | Final distribution to claim 3 representing a payment of 89.69 % per court order. | 5800-000 | | $7,500.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $16,450.00 | $16,450.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,450.00 | $16,450.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,450.00 | $16,450.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00    $16,450.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7236 - Money Market | $0.00 | $0.00 | $0.00 |
| XXXXXX7244 - Checking | $16,450.00 | $16,450.00 | $0.00 |
|  | $16,450.00 | $16,450.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $66,050.00 |
| Total Net Deposits: | $16,450.00 |
| Total Gross Receipts: | $82,500.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*